LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
213.443.4300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GOMEZ, an individual,<br>Plaintiff,<br>v.<br>KEURIG DR. PEPPER, a Delaware Corporation; and DOES 1 through 50, inclusive,<br>Defendants. | Case No. 3:26-CV-07595-TSH<br>*[Removed from Alameda County Superior Court Case No. 26CV193858]*<br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO EXTEND THE PARTIES' DEADLINE TO EXCHANGE INITIAL DISCOVERY UNDER GENERAL ORDER NO. 71**<br>Complaint Filed: June 12, 2026<br>Removal Date: July 22, 2026 |

# ~~[PROPOSED]~~ ORDER

The Court, having reviewed and considered the Joint Stipulation to Extend the Parties' Deadline to Exchange Initial Discovery Under General Order No. 71, submitted by Plaintiff JAVIER GOMEZ ("Plaintiff") and Defendant THE AMERICAN BOTTLING COMPANY (erroneously sued as KEURIG DR. PEPPER) ("Defendant") (collectively, the "Parties"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The Parties' deadline for exchange of Initial Discovery pursuant to General Order No. 71 is extended to September 21, 2026.

**IT IS SO ORDERED.**

Dated: August 25, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
213.443.4300